**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
<u>Plaintiff-Appellee,</u>

v.                                                                   No. 97-4336

MARK HAWKINS,
<u>Defendant-Appellant.</u>

Appeal from the United States District Court
for the District of South Carolina, at Greenville.
G. Ross Anderson, Jr., District Judge.
(CR-95-134)

Submitted: January 30, 1998

Decided: February 23, 1998

Before MURNAGHAN, HAMILTON, and MICHAEL,
Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

**COUNSEL**

William H. Ehlies, Greenville, South Carolina, for Appellant. J. Rene
Josey, United States Attorney, Harold W. Gowdy, III, Assistant
United States Attorney, Greenville, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

**OPINION**

PER CURIAM:

Mark Hawkins appeals from a district court order denying his motion for an extension of time to appeal from the district court's underlying criminal judgment order entered against Hawkins on December 19, 1995. He claims that he asked his court-appointed attorney to appeal but that his attorney did not do so.

Under Federal Rule of Appellate Procedure 4(b), Hawkins had ten days to appeal from the criminal judgment. The same rule authorized the district court to extend the appeal period by no more than 30 days based upon a showing of excusable neglect. The rule does not, however, permit a district court to note an appeal more than 40 days after the judgment. See United States v. Raynor, 939 F.2d 191, 197 (4th Cir. 1991).

In this case, the 40-day period expired on January 29, 1996. Hawkins did not file his motion until April 4, 1997. Hence, the district court properly found that it lacked authority to grant the motion, and Hawkins concedes this in his appellate brief. This court does not reach claims of ineffective assistance on direct appeal unless the record conclusively demonstrates counsel's ineffectiveness, United States v. DeFusco, 949 F.2d 114, 120-21 (4th Cir. 1991), which is not the case here. Therefore any such claim must be raised in a motion under 28 U.S.C. § 2255.

Accordingly, the order of the district court is affirmed. In view of our disposition, we deny Hawkins' motion for an extension of time to appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2